FRANCIS M. BROWN, *Plaintiff in Error*, v. PENNSYLVANIA SUGAR COMPANY, A CORPORATION, AND E. R. GRAHAM, *Defendant in Error.*

Division B.

Opinion Filed February 1, 1928.

PER CURIAM.—The declaration herein does not wholly fail to state a cause of action and it was error to sustain a demurrer thereto and to dismiss the cause. McDonald v. Exchange Supply Co., 88 Fla. 80, 101 So. 28; Cummings Machine Works v. Clark, 89 Fla. 383, 105 So. 100; Hawkins v. Shore Acres Properties, 93 Fla. 670, 112 So. 61; Yon v. Pinellas County Power Co., 93 Fla. 503, 112 So. 50.

*James M. Carson* and *Loftin, Stokes* and *Calkins*, for Plaintiff in Error;

*E. J. L'Engle, J. W. Shands* and *H. Edgar Barnes*, for Defendants in Error.